```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION


FRANCISCO JAVIER SOTO,              *

        Plaintiff,                  *

vs.                                 *
                                         CASE NO. 3:08-CV-27 (CDL)
ROBERT MARKLEY, et al.,             *

        Defendant.                  *
_____     *
```

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on November 17, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of January, 2009.

```
                               S/Clay D. Land
                                  CLAY D. LAND
                            UNITED STATES DISTRICT JUDGE
```