```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE MIDDLE DISTRICT OF GEORGIA
                              ATHENS DIVISION
```

FRANCISCO JAVIER SOTO,          *

      Plaintiff              *

vs.                             *
                                           CASE NO. 3:08-CV-27 (CDL)
ROBERT MARKLEY, et al.,         *

      Defendants             *

## O R D E R

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on July 29, 2009. No party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 2nd day of September, 2009.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE